UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL ADAMS,
                          Plaintiff,

          -v-

MARGHERITA CORPORATION and
THE DUTCHESS 197-201, LLC,
                         Defendants.

20-CV-1446 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On March 8, 2021, Defendant The Dutchess 197-201, LLC ("The Dutchess") moved to vacate the default judgment against it in this case.  (*See* Dkt. Nos. 26, 30.)  Plaintiff Michael Adams has not opposed the motion by the deadline.

Thus, The Dutchess's motion to vacate the default judgment against it is GRANTED. Adams's motion for fees and costs is DENIED.  The Clerk of Court is directed to reopen this case as to Defendant The Dutchess and to close the motions at Docket Numbers 27 and 30.  The Dutchess is granted 21 days from the date of this order to answer or otherwise respond to the complaint.

      SO ORDERED.

Dated: April 7, 2021
       New York, New York

                                                J. PAUL OETKEN
                                             United States District Judge